Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorney for Plaintiff Phoenix Entertainment Partners, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX ENTERTAINMENT PARTNERS, LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>MOREL SAND, LLC, a California Limited Liability Company;<br><br>          Defendant. | Case No.: CV 16-cv-7488 PA (GJSx)<br><br>ORDER ON DISMISSAL [32] |

The Court, having considered the Stipulation for Dismissal filed by Plaintiff Phoenix Entertainment Partners, LLC and Defendant Morel Sand, LLC and GOOD CAUSE appearing, hereby orders as follows:

Morel Sand, LLC is hereby dismissed with prejudice. each Party, to bear his, her, or its own costs of suit and attorneys' fees.

IT IS SO ORDERED.

DATED: May 18, 2017

United States District Judge

Order on Dismissal (Morel)